MARCH 10, 1947

No. 51601.—Suit 4545.—

——*United States* v. *W. F. Mackay.* C. D. 986 affirmed January 7, 1947. C. A. D. 355.

BEFORE THE FIRST DIVISION, MARCH 12, 1947

No. 51602.—Protests 70350–K, etc., of L. Heller & Son, Inc. (New York).

Opinion by OLIVER, P. J. It was stipulated that the merchandise consists of beads similar in all material respects to those the subject of *Eitinger Bead Co., Inc.* v. *United States* (17 Cust. Ct. 56, C. D. 1020), and *Eitinger Bead Co.* v. *United States* (13 Cust. Ct. 50, C. D. 867). In accordance therewith the claim at 35 percent under paragraph 1503 was sustained.